AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:18-MJ-02522
613 ALDERBERY LANE, )
POMONA, CA 91767 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   __14 days from the date of its issuance__
                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  9/21/18 3:00 p.m.  *Patrick J. Walsh*
                                            *Judge's signature*

City and state: Los Angeles, California    Hon. Patrick J. Walsh, Chief Magistrate Judge
                                            *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

Case 2:18-mj-02522-DUTY Document 3 Filed 10/10/18 Page 2 of 3 Page ID #:160
Case 2:18-mj-02522-DUTY *SEALED* Document 1-1 *SEALED* Filed 09/21/18 Page 2 of 10
Page ID #:71

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:18-MJ-02522 | Date and time warrant executed:<br>09/27/2018  6:00 a.m. | Copy of warrant and inventory left with:<br>613 Alderbery Ln. Pomona, CA - Allen Lu |
| Inventory made in the presence of :<br>SA Hanna Yang |||
| Inventory of the property taken and name of any person(s) seized:<br>[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]<br><br>Refer to FD-597 Receipt for Property. |||

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 09/27/2018

_____
Executing officer's signature

Hanna Yang, FBI Special Agent
Printed name and title

AUSA: Andrew Brown, 11th Floor, x0102

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 29P-LA-2151241

On (date) 09/27/2018

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Allen Lu

(Street Address) 613 Alderbery Ln

(City) Pomona, CA 91767

Description of Item(s): DOCUMENTS; FIVE (5) LETTER SIZED ENVELOPES; SUBSCRIPTION MAGAZINES; DOCUMENTS; BLACK SAMSUNG SMART PHONE MODEL: SM-N920T, IMEI: 353756070546650; WHITE SAMSUNG GALAXY NOTE II, MODEL: SGH:T889, IMEI: 354212-051042606612; SILVER IPAD #115977 BARCODE; HB LAPTOP COMPUTER, S/N: CNPB21LKHB; ROCK MOBILE HARDDRIVE AND CORD; GATEWAY LAPTOP COMPUTER S/N: 0036629877; DOCUMENTS; APPLE LAPTOP COMPUTER, SN: WB506030RJ3; MAIL; DELL DESKTOP COMPUTER, SN: 5M1J561; HP DESKTOP COMPUTER SN: MXYB430BS0; KINGSTON DATA TRAVELER 4GB; MONEY GRAM ACCESS CARD-JERRY LU

Nothing Follows HY

Received By: (Signature)

Printed Name/Title: SA Hanna Yang

Received From: (Signature)

Printed Name/Title: Allen Lu